

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2016

No. 04-16-00598-CV

Arturo **CARRILLO**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO, TEXAS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016CV03830
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On September 26, 2016, Ms. Brooke Wagner filed a Notification of Late Record stating appellant had not designated a record. On September 29, 2016, we issued an order directing appellant to request a reporter's record from Ms. Wagner no later than October 10, 2016.

On September 30, 2016, Ms. Wagner filed a second Notification of Late Record stating that, after further research, she had determined she was not the reporter who took a record in this cause. We therefore, WITHDRAW our September 29, 2016 order.

However, appellant is reminded that pursuant to a second order from this court issued on September 30, 2016, if he desires a reporter's record from Ms. Kay Counsellor, and has not already done so, appellant must (1) request in writing from Ms. Counsellor, no later than October 11, 2016, that a reporter's record be prepared and (2) designate in writing, no later than October 11, 2016, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant must also file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than October 11, 2016.

If appellant fails to provide such written proof that he has designated the record within the time provided above, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2016.

Keith E. Hottle
Clerk of Court